# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE OF CBC OF )<br>CHARLESTON, INC. )<br>AND CBC OF CHARLESTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QBS, INC.; )<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Defendants. ) | Case No. CV414-107 |

## ORDER

On July 7, 2014, the Court granted the parties' motion to stay this case pending arbitration. Doc. 20. In that many months have since elapsed with no further word from any party, the Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED,** this 3rd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA